IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CASE NO. 1:01CV0073-T<br>(Financial Litigation Unit) |
| OLLIE S. CRAIG,<br>AKA/OLLIE SUE GLAZEBROOK,<br>Defendant, | )<br>)<br>)<br>) | |
| and | )<br>) | |
| HEALTH & HOME SERVICES, INC.,<br>Garnishee. | )<br>)<br>)<br>) | |



## ORDER OF CONTINUING GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. The garnishee has confirmed by telephone that at the time of the service of the writ, they had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

The plaintiff is entitled to a wage garnishment of 25% of the defendant's net income and has satisfied the prerequisites. *See* 15 U.S.C. §1673.

IT IS ORDERED that the garnishee pay the plaintiff 25% of the defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

Payments should be made payable to the United States Attorney's Office and mailed to 227

West Trade Street, Suite 1650, Charlotte, North Carolina 28202, Attention: Financial Litigation Unit.

In order to ensure that each payment is credited properly, please include the following information on each check: Court Number 1:01CV0073-T, District Number: 058.

This 28th day of July, 200_.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that on the 18th day of July, 2005 the foregoing Order of Continuing Garnishment was served upon the parties listed below by mailing a copy thereof, postage prepaid and properly addressed as follows:

Ollie S. Craig (Dawson)
120 Coy Circle, Trailer #10
Bessemer City, NC 28016

Health & Home Services, Inc.
910 Highway 321 NW, Suite 150
Hickory, NC 28601

Jennifer A. Youngs
Assistant United States Attorney
227 W. Trade Street, Suite 1650
Charlotte, NC 28202

Patricia E. Gard
Financial Litigation Unit