IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:01cv73

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> OLLIE S. CRAIG, a/k/a Ollie Sue ) <br> Glazebrook, ) <br> ) <br> Defendant, ) <br> ) <br> HEALTH & HOME SERVICES, INC., ) <br> ) <br> Garnishee. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion for Dismissal of Order of Continuing Garnishment. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Dismissal of Order of Continuing Garnishment (#17) is **GRANTED,** and the Order of Continuing Garnishment is **DISMISSED**.

Signed: November 19, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge